B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In re: **Maurice James Mathies aka Maurice J. Mathies aka Maurice Mathies and Kimberly Renee Mathies aka Kimberly R. Mathies**

Case No. **23-18897-ABA**

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| M&T Bank as servicer for Lakeview Loan Servicing, LLC | FlagstarBank, FSB as servicer for Lakeview Loan Servicing, LLC |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

M&T Bank
P.O. Box 840
Buffalo, NY 14240

Court Claim # (if known): __31__
Amount of Claim: __$338,268.16__
Date claim Filed: __12/07/2023__

Phone:   __888-668-5353__
Last Four Digits of Acct #:   __8696__

Phone:   __800-393-4887__
Last Four Digits of Acct #:   __6319__

Name and Address where transferee payments should be sent (if different from above):
   M&T Bank

Phone:   __888-668-5353__
Last Four Digits of Acct #:   __8696__

   I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   __/s/ Douglas McDonough__
Transferee/Transferee's Agent

Date:   __April 23, 2025__

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| FRENKEL LAMBERT WEISMAN & GORDON, LLP<br>53 Gibson Street<br>Bay Shore, New York 11706<br>973- 325-8800<br>File No.: 03-021491-B00<br>Douglas McDonough, Esq.<br>Attorney ID: DM0973<br>DMcDonough@flwlaw.com<br>Attorney for LAKEVIEW LOAN SERVICING, LLC, Secured Creditor | Case No.: **23-18897-ABA**<br><br>Chapter 13<br><br>Judge Andrew B. Altenburg, Jr. |
| In Re:<br><br>**Maurice James Mathies aka Maurice J. Mathies aka Maurice Mathies and Kimberly Renee Mathies aka Kimberly R. Mathies,**<br><br>Debtor(s). | |

## CERTIFICATION OF SERVICE

1. I, Alison Viggiano, am employed with FRENKEL LAMBERT WEISMAN & GORDON, LLP, who represents LAKEVIEW LOAN SERVICING, LLC in this matter.

2. On May 2, 2025, I arranged to have the items set forth below served on the names and addresses shown as set forth in the following chart:

    a. Transfer of Claim

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: May 2, 2025

/s/ *Alison Viggiano*
Alison Viggiano
Legal Assistant
FRENKEL LAMBERT WEISMAN & GORDON, LLP
53 Gibson Street
Bay Shore, New York 11706
973-325-8800

| Name and Address of Party Served | Relationship of Party to the case | Mode of Service |
|---|---|---|
| Andrew Finberg, Chapter 13 Standing Trustee<br>Office of the Chapter 13 Standing Trustee, 535 Route 38, Suite 580<br>Cherry Hill, NJ 08002 | **TRUSTEE** | Notice of Electronic Filing (NEF) |
| Lee M. Perlman<br>Attn: Lee Martin Perlman, Esq.<br>1926 Greentree Road<br>Suite 100<br>Cherry Hill, NJ 08003 | **DEBTOR'S ATTORNEY** | Notice of Electronic Filing (NEF) |
| Maurice James Mathies<br>10 Sweetbriar Dr<br>Sicklerville, NJ 08081-4007 | **DEBTOR** | Regular Mail |
| Kimberly Renee Mathies<br>10 Sweetbriar Dr<br>Sicklerville, NJ 08081-4007 | **JOINT DEBTOR** | Regular mail |