| | |
|---|---|
| 23-189<br>UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>LAW OFFICES OF LEE M. PERLMAN<br>Lee M. Perlman, Esquire<br>Attorneys for Debtor<br>1926 Greentree Road, Suite 100<br>Cherry Hill, NJ  08003<br>856-751-4224 | Case No.:    23-18897 ABA<br>Chapter:    13<br>Hearing Date:  7/22/2025<br>Judge:    Altenburg |
| In Re:<br>    Kimberly Mathies<br>    Maurice Mathies | |

# CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor(s) in this case opposes the following (choose one):

1. [X] Motion for Relief from the Automatic Stay filed by _____Lakeview Loan Servicing, LLC____, creditor,
   A hearing has been scheduled for _____July 22, 2025_____, at 10:00 AM.

   [ ] Motion to Dismiss filed by the Chapter 13 Trustee.
   A hearing has been scheduled for _____, at _____.

   [ ] Certification of Default filed by _____.
   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons (choose one):

   [ ] Payments have been made in the amount of $_____, but have not been accounted for.  Documentation in support is attached.

   [ ] Payments have not been made for the following reasons and debtor proposes repayment as follows (explain your answer):

   [X] Other (explain your answer): We propose to cure the arrears over six months.

3.  This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4.  I certify under penalty of perjury that the above is true.


Date: 7/11/2025                             /s/ Kimberly Mathies
                                            Debtor's Signature


Date: 7/11/2025                             /s/ Maurice Mathies
                                            Debtor's Signature