| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Denise Carlon, Esq.<br>KML Law Group, P.C.<br>700 Market Street<br>Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>Lakeview Loan Servicing, LLC | |
| In Re:<br><br>Maurice James Mathies & Kimberly Renee Mathies,<br><br>Debtors. | Case No.:   23-18897-ABA<br><br>Chapter:   13<br><br>Hearing Date:   07/22/2025<br><br>Judge:   Altenburg |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter:  Motion for Relief re: 10 Sweetbriar Drive, Sicklerville, NJ  (Docket # 61)

Date: 07/17/2025                                       /s/ Denise Carlon
                                                              Signature

*rev.8/1/15*