| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>LAW OFFICES OF LEE M. PERLMAN<br>Lee M. Perlman, Esquire<br>Attorneys for Debtor<br>1926 Greentree Road, Suite 100<br>Cherry Hill, NJ  08003<br>856-751-4224 | Case No.: <u>23-18897 ABA</u><br><br>Chapter: <u>       13         </u><br><br>Hearing Date:<u>       </u> |
| In Re:<br>Kimberly Mathies<br>Maurice Mathies | Judge: <u>Altenburg    </u> |

### CERTIFICATION OF SERVICE

1. I, Chris Bigelow:

   <u>      </u> represent the debtor in the above captioned matter.

   <u>   X   </u> am the secretary / paralegal for <u>   Lee M. Perlman</u>, who represents the debtor(s) in the above captioned matter.

   <u>      </u> Am the <u>                        </u> in the above captioned matter and am representing myself.

2. On <u>   11/25/2025        </u>, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: <u>motion to approve partial claim mortgage</u>.

3. I hereby certify under penalty of perjury that the above listed documents were sent using the mode of service indicated.


Dated: <u>11/25/2025         </u>                    <u>   /s/ Chris Bigelow         </u>

| Name and Address of Party Served | Relationship of Party in the Case | Mode of Service |
|---|---|---|
| Andrew B. Finberg<br>535 Route 38, Suite 580<br>Cherry Hill, NJ 08002 | Chapter 13 Trustee | Notice of Electronic Filing (NEF) |
| United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ  07102 | US Trustee | Notice of Electronic Filing (NEF) |
| Attn: President, Registered Agent or person designated to receive service of process<br><br>BRIDGECREST CREDIT COMPANY LLC AS SERVICER<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY OK 73118-7901<br><br>CAPITAL ONE AUTO FINANCE A DIVISION OF CAPI<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY OK 73118-7901<br><br>SANTANDER CONSUMER USA INC DBA CHRYSLER CAP<br>PO BOX 961275<br>FORT WORTH TX 76161-0275<br><br>AFFIRM INC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587<br><br>ALLY CAPITAL<br>AIS PORTFOLIO SERVICES LLC<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY OK 73118-7901<br><br>ALLY CAPITAL CO AIS PORTFOLIO SERVICES LLC<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY OK 73118-7901<br><br>ALLY FINANCIAL INC<br>ATTN BANKRUPTCY 500 WOODARD AVE | Creditor | __ Hand delivered<br> X  Regular mail<br>__ Certified mail/RR<br>__ E-mail<br>__ Notice of Electronic Filing (NEF)<br>__ Other _____<br>(as authorized by the court*) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

| | | |
|---|---|---|
| DETROIT MI 48226-3416<br><br>AMEX<br>CORRESPONDENCEBANKRUPTCY<br>PO BOX 981540<br>EL PASO TX 79998-1540<br><br>BRIDGECREST ACCEPTANCE CORP<br>7300 EAST HAMPTON AVENUE SUITE 100<br>MESA AZ 85209-3324<br><br>BRIDGECREST ACCEPTANCE CORPORATION<br>AIS PORTFOLIO SERVICES LLC<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY OK 73118-7901<br><br>CAPITAL ONE<br>ATTN BANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285<br><br>CAPITAL ONE AUTO FINANCE<br>ATTN BANKRUPTCY 7933 PRESTON RD<br>PLANO TX 75024-2302<br><br>CAPITAL ONE AUTO FINANCE A DIVISION OF<br>AIS PORTFOLIO SERVICES LLC<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY OK 73118-7901<br><br>CAPITAL ONE AUTO FINANCE A DIVISION OF CAPI<br>PO BOX 4360<br>HOUSTON TX 77210-4360<br><br>CAPITAL ONE NA<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901<br><br>CARVANA LLC BRIDGECREST CO AIS PORTFOLIO<br>PO BOX 4138<br>HOUSTON TX 77210-4138<br><br>CHASE CARD SERVICES<br>ATTN BANKRUPTCY PO 15298<br>WILMINGTON DE 19850-5298<br><br>CITIBANK<br>CITICORP CR SRVSCENTRALIZED BANKRUPTCY | | |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

| | | |
|---|---|---|
| PO BOX 790040<br>ST LOUIS MO 63179-0040<br><br>CREDIT COLLECTION SERVICES<br>ATTN BANKRUPTCY 725 CANTON ST<br>NORWOOD MA 02062-2679<br><br>(P)CREDIT CORP SOLUTIONS INC<br>121 W ELECTION RD<br>SANDY UT 84020-7766<br><br>CREDIT ONE BANK<br>ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 98873<br>LAS VEGAS NV 89193-8873<br><br>DELAWARE DIVISION OF REVENUE<br>PO BOX 830<br>WILMINGTON DE 19899-0830<br><br>DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025<br><br>DISCOVER FINANCIAL<br>ATTN BANKRUPTCY<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025<br><br>FIRST PREMIER BANK<br>ATTN BANKRUPTCY<br>PO BOX 5524<br>SIOUX FALLS SD 57117-5524<br><br>FLAGSTAR BANK<br>ATTN BANKRUPTCY 5151 CORPORATE DRIVE<br>TROY MI 48098-2639<br><br>FLAGSTAR BANK NA<br>5151 CORPORATE DRIVE<br>TROY MI 48098-2639<br><br>FORTIVA<br>ATTN BANKRUPTCY<br>PO BOX 105555<br>ATLANTA GA 30348-5555<br><br>GENESIS FS CARD SERVICES<br>ATTN BANKRUPTCY | | |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

| | | |
|---|---|---|
| PO BOX 4477<br>BEAVERTON OR 97076-4401<br><br>GOLDMAN SACHS BANK USA<br>ATTN BANKRUPTCY<br>PO BOX 70379<br>PHILADELPHIA PA 19176-0379<br><br>HUNTER WARFIELD<br>ATTENTION BANKRUPTCY 4620 WOODLAND CORP<br>TAMPA FL 33614-2415<br><br>INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346<br><br>JPMORGAN CHASE BANK NA<br>SBMT CHASE BANK USA NA<br>CO NATIONAL BANKRUPTCY SERVICES LLC<br>PO BOX 9013<br>ADDISON TEXAS 75001-9013<br><br>KOHLSCAPITAL ONE<br>ATTN CREDIT ADMINISTRATOR<br>PO BOX 3043<br>MILWAUKEE WI 53201-3043<br><br>LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587<br><br>LVNV FUNDINGRESURGENT CAPITAL<br>ATTN BANKRUPTCY<br>PO BOX 10497<br>GREENVILLE SC 29603-0497<br><br>MT BANK AS SERVICER FOR LAKEVIEW LOAN SERVI<br>CO FRENKEL LAMBERT<br>53 GIBSON ST<br>BAY SHORE NY 11706-8369<br><br>MT BANK AS SERVICER FOR LAKEVIEW LOAN SERVI<br>CO FRENKEL LAMBERT<br>53 GIBSON ST<br>BAY SHORE NY 11706-8369 | | |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

MERRICK BANK
RESURGENT CAPITAL SERVICES
PO BOX 10368
GREENVILLE SC 29603-0368

(P)DSNB MACY S
CITIBANK
1000 TECHNOLOGY DRIVE MS 777
O FALLON MO 63368-2239

MERRICK BANKCCHOLDINGS
ATTN BANKRUPTCY
PO BOX 9201
OLD BETHPAGE NY 11804-9001

(P)MISSION LANE LLC
PO BOX 105286
ATLANTA GA 30348-5286

NAVY FCU
ATTN BANKRUPTCY
PO BOX 3000
MERRIFIELD VA 22119-3000

NAVY FEDERAL CREDIT UNION
ATTN BANKRUPTCY
PO BOX 3000
MERRIFIELD VA 22119-3000

NAVY FEDERAL CREDIT UNION
PO BOX 3000
MERRIFIELD VA 22119-3000

NELNET
ATTN CLAIMS
PO BOX 82505
LINCOLN NE 68501-2505

NETCREDIT
ATTN BANKRUPTCY ATTN BANKRUPTCY
175 W JACKSON BLVD STE 1000
CHICAGO IL 60604-2863

(P)NJ EZPASS
ATTN ATTN NJ EZPASS JASMINE JENKINS
375 MCCARTER HIGHWAY
SUITE 200
NEWARK NJ 07114-2562

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

| | | |
|---|---|---|
| ONEMAIN FINANCIAL GROUP LLC<br>PO BOX 981037<br>BOSTON MA 02298-1037<br><br>(P)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067<br><br>PREMIER BANKCARD LLC<br>JEFFERSON CAPITAL SYSTEMS LLC ASSIGNEE<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999<br><br>QUANTUM3 GROUP LLC AS AGENT FOR<br>CONCORA CREDIT INC<br>PO BOX 788<br>KIRKLAND WA 98083-0788<br><br>QUANTUM3 GROUP LLC AS AGENT FOR<br>CREDIT CORP SOLUTIONS INC<br>PO BOX 788<br>KIRKLAND WA 98083-0788<br><br>RESURGENT RECEIVABLES LLC<br>CO RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587<br><br>RESURGENT RECEIVABLES LLC<br>CO RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587<br><br>SANTANDER CONSUMER USA INC<br>DBA CHRYSLER CAPITAL<br>PO BOX 961275<br>FORT WORTH TX 76161-0275<br><br>SANTANDER CONSUMER USA<br>PO BOX 961211<br>FORT WORTH TX 76161-0211<br><br>STATE OF DELAWARE DIVISION OF REVENUE<br>KATHLEEN CRUZMOREFIELD<br>PO BOX 8763 MS 28<br>WILMINGTON DE 19899-8763<br><br>(P)STATE OF NEW JERSEY DIVISION OF<br>TAXATION<br>ATTN BANKRUPTCY UNIT | | |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

| | | |
|---|---|---|
| PO BOX 245<br>TRENTON NJ 08695-0245<br><br>SYNCBOLD NAVY<br>ATTN BANKRUPTCY<br>PO BOX 965060<br>ORLANDO FL 32896-5060<br><br>SYNCHRONY BANKCARE CREDIT<br>ATTN BANKRUPTCY<br>PO BOX 965060<br>ORLANDO FL 32896-5060<br><br>SYNCHRONY BANKWALMART<br>ATTN BANKRUPTCY<br>PO BOX 965060<br>ORLANDO FL 32896-5060<br><br>US DEPARTMENT OF EDUCATION CO NELNET<br>121 S 13TH ST<br>LINCOLN NE 68508-1904<br><br>US TRUSTEE<br>US DEPT OF JUSTICE<br>OFFICE OF THE US TRUSTEE<br>ONE NEWARK CENTER STE 2100<br>NEWARK NJ 07102-5235<br><br>(P)UPLIFT INC<br>2 N CENTRAL AVE FL 10<br>PHOENIX AZ 85004-4422<br><br>UPSTART<br>UPSTART OPERATIONS ATTNBANKRUPTCY<br>PO BOX 1503<br>SAN CARLOS CA 94070-7503<br><br>UPSTART NETWORK INC<br>PO BOX 1931<br>BURLINGAME CA 94011-1931<br><br>WEBBANKONEMAIN<br>ATTN BANKRUPTCY ATTN BANKRUPTCY<br>215 SOUTH STATE STREET SUITE 1000<br>SALT LAKE CITY UT 84111-2336<br><br>DEBTOR<br>KIMBERLY RENEE MATHIES<br>10 SWEETBRIAR DR<br>SICKLERVILLE NJ 08081-4007 | | |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

| | | |
|---|---|---|
| MAURICE JAMES MATHIES<br>10 SWEETBRIAR DR<br>SICKLERVILLE NJ 08081-4007 | | |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.