Order Filed on December 9, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>LAW OFFICES OF LEE M. PERLMAN<br>Lee M. Perlman, Esquire<br>Attorneys for Debtor<br>1926 Greentree Road, Suite 100<br>Cherry Hill, NJ  08003<br>856-751-4224 | Case No.:    23-18897 ABA<br>Chapter:     13 |
| In Re:<br>Kimberly Mathies<br>Maurice Mathies | Judge:       Altenburg |

ORDER ON MOTION FOR AUTHORIZATION
TO ENTER INTO FINAL PARTIAL CLAIM MORTGAGE AGREEMENT

The relief set forth on the following page(s) is hereby **ORDERED**

**DATED: December 9, 2025**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

   The Court having reviewed the Motion for Authorization to Enter into Partial Claim Mortgage filed on _____, as to the \_\_\_\_\_second_____ mortgage concerning real property located at <u>10 Sweetbriar Drive, Sicklerville, NJ 08081</u>, and the Court having considered the matter and any objections thereto, it is hereby ORDERED that:

  <u>  X  </u> The debtor is authorized to enter into the final Partial Claim Mortgage agreement.

  1. The Partial Claim Mortgage must be fully executed no later than 14 days from the date of this order. If it is not, the secured creditor, within 14 days thereafter, must file with the Court and serve on the debtor, debtor's attorney, if any, and the standing trustee a Certification indicating why the agreement was not fully executed. A response by the debtor, if any, must be filed and served within 7 days of the filed date of the secured creditor's Certification; and

  2. Upon the filing of the Certification required above, and absent a response from the debtor, the standing trustee may disburse to the secured creditor all funds held or reserved relating to its claim. Absent the filing of the Certification within the time frame set forth above, the standing trustee will disburse funds on hand to other creditors pursuant to the provisions of the confirmed Plan and any proof of claim filed in this case with respect to the mortgage is deemed modified and incorporated into the Partial Claim Mortgage Agreement; and

  3. Unless the debtor's Plan has been confirmed with 100% to unsecured creditors, the debtor must file a *Modified Chapter 13 Plan and Motions* within 14 days of consummation of the Partial Claim Mortgage, If the Partial Claim Mortgage results in material changes in the debtor's expenses, the debtor must also file amended Schedules I and J within 14 days of the date of this Order; and

  4. Check one:
   <u>  X  </u> There is no order requiring the debtor to cure post petition arrears through the Plan;
   _____ Post petition arrears are capitalized into the Partial Claim Mortgage, and the Order filed on _____ requiring the standing chapter 13 trustee to make payments based on the arrearage is vacated as of the date of this order;
   _____ Post-petition arrears have not been capitalized into the Partial Claim Mortgage agreement, and the standing trustee will continue to make payments to the secured creditor based on the Order filed on _____, and

  5. If fees and costs related to loss mitigation are sought by the debtor's attorney, an Application for Compensation in compliance with D.N.J. LBR 2016-1 must be filed

  _____ The Motion for Authorization to Enter into Final Partial Claim Mortgage is denied.