Printed on: 12/31/2025  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 3

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 23-18897 (ABA)

Maurice James Mathies and Kimberly Renee Mathies  
10 Sweetbriar Drive  
Sicklerville, NJ  08081-4007

Monthly Payment: $3,618.00  
Payments / Month: 1  
Current Trustee Comp.: 10.00%

**For the period of 01/01/2025 to 12/31/2025**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/06/2025 | $300.00 | 01/07/2025 | $510.59 | 01/14/2025 | $792.46 | 01/22/2025 | $792.46 |
| 01/28/2025 | $792.46 | 02/04/2025 | $792.46 | 02/18/2025 | $895.00 | 02/25/2025 | $892.01 |
| 03/04/2025 | $892.01 | 03/11/2025 | $892.01 | 03/18/2025 | $892.01 | 03/25/2025 | $892.01 |
| 04/01/2025 | $892.01 | 04/08/2025 | $892.01 | 04/15/2025 | $892.01 | 04/22/2025 | $892.01 |
| 04/29/2025 | $892.01 | 05/06/2025 | $892.01 | 05/13/2025 | $892.01 | 05/20/2025 | $892.01 |
| 05/28/2025 | $892.01 | 06/03/2025 | $892.01 | 06/10/2025 | $892.01 | 06/17/2025 | $892.01 |
| 06/24/2025 | $892.01 | 07/01/2025 | $892.01 | 07/08/2025 | $892.01 | 07/15/2025 | $892.01 |
| 07/22/2025 | $892.01 | 07/29/2025 | $892.01 | 08/05/2025 | $892.01 | 08/12/2025 | $892.01 |
| 08/19/2025 | $892.01 | 08/26/2025 | $892.01 | 09/03/2025 | $892.01 | 09/09/2025 | $892.01 |
| 09/16/2025 | $892.01 | 09/23/2025 | $892.01 | 10/14/2025 | $1,800.00 | 10/21/2025 | $898.01 |
| 10/28/2025 | $898.01 | 11/04/2025 | $898.01 | 11/12/2025 | $898.01 | 11/18/2025 | $898.01 |
| 11/25/2025 | $898.01 | 12/02/2025 | $898.01 | 12/09/2025 | $898.01 | 12/16/2025 | $898.01 |
| 12/23/2025 | $898.01 | 12/30/2025 | $898.01 | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | MAURICE JAMES MATHIES | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | LAW OFFICES OF LEE M. PERLMAN | 13 | $3,337.00 | $3,337.00 | $0.00 | $3,337.00 |
| 0 | LAW OFFICES OF LEE M. PERLMAN | 13 | $1,621.87 | $1,627.81 | $0.00 | $0.00 |
| 1 | ALLY FINANCIAL | 33 | $24,208.16 | $1,225.65 | $22,982.51 | $0.00 |
| 2 | AMEX | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | CARVANA, LLC | 24 | $1,193.00 | $1,193.00 | $0.00 | $1,193.00 |
| 4 | CAPITAL ONE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | CAPITAL ONE AUTO FINANCE | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | CHASE CARD SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | CITIBANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | QUANTUM3 GROUP, LLC | 33 | $5,023.52 | $254.34 | $4,769.18 | $0.00 |
| 9 | AFFIRM, INC. | 33 | $200.23 | $0.00 | $200.23 | $0.00 |
| 10 | CREDIT ONE BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | DELAWARE DIVISION OF REVENUE | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | DISCOVER BANK | 33 | $595.01 | $30.13 | $564.88 | $0.00 |
| 13 | PREMIER BANKCARD, LLC | 33 | $922.45 | $46.71 | $875.74 | $0.00 |
| 14 | M & T BANK | 24 | $1,703.86 | $1,703.86 | $0.00 | $1,703.86 |
| 15 | FORTIVA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | GENESIS FS CARD SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 17 | GOLDMAN SACHS BANK USA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | HUNTER WARFIELD | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | DEPARTMENT OF THE TREASURY | 28 | $44,405.60 | $44,405.60 | $0.00 | $19,836.13 |
| 20 | KOHLS/CAPITAL ONE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | LVNV FUNDING, LLC | 33 | $3,060.00 | $154.93 | $2,905.07 | $0.00 |
| 22 | MACYS/FDSB | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | MERRICK BANK | 33 | $697.64 | $35.33 | $662.31 | $0.00 |
| 24 | MISSION LANE LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | NAVY FEDERAL CREDIT UNION | 33 | $16,357.80 | $828.19 | $15,529.61 | $0.00 |
| 26 | NAVY FEDERAL CREDIT UNION | 33 | $18,510.76 | $937.19 | $17,573.57 | $0.00 |
| 27 | U.S. DEPARTMENT OF EDUCATION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | NETCREDIT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | NEW JERSEY E-ZPASS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | SANTANDER CONSUMER USA, INC. | 24 | $949.84 | $949.84 | $0.00 | $949.84 |
| 31 | STATE OF NEW JERSEY | 28 | $322.98 | $322.98 | $0.00 | $144.28 |
| 32 | SYNCB/OLD NAVY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33 | SYNCHRONY BANK/CARE CREDIT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34 | LVNV FUNDING, LLC | 33 | $712.13 | $36.05 | $676.08 | $0.00 |
| 35 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 36 | UPLIFT, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 37 | UPSTART NETWORK, INC. | 33 | $8,106.65 | $410.44 | $7,696.21 | $0.00 |
| 38 | WEBBANK/ONEMAIN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39 | ANDREW B FINBERG | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40 | KIMBERLY RENEE MATHIES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 41 | LEE MARTIN PERLMAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 42 | RESURGENT RECEIVABLES, LLC | 33 | $596.23 | $30.19 | $566.04 | $0.00 |
| 43 | DEPARTMENT OF THE TREASURY | 33 | $5,413.43 | $274.08 | $5,139.35 | $0.00 |
| 44 | QUANTUM3 GROUP, LLC | 33 | $6,455.70 | $326.85 | $6,128.85 | $0.00 |
| 45 | QUANTUM3 GROUP, LLC | 33 | $744.02 | $37.67 | $706.35 | $0.00 |
| 46 | LVNV FUNDING, LLC | 33 | $12,568.77 | $636.35 | $11,932.42 | $0.00 |
| 47 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $895.19 | $45.32 | $849.87 | $0.00 |
| 48 | ALLY FINANCIAL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 49 | CARVANA, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 50 | CAPITAL ONE, N.A. | 33 | $4,353.35 | $220.41 | $4,132.94 | $0.00 |
| 51 | CAPITAL ONE, N.A. | 33 | $1,050.86 | $53.20 | $997.66 | $0.00 |
| 52 | CARVANA, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 53 | DISCOVER BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 54 | JPMORGAN CHASE BANK, N.A. | 33 | $385.42 | $19.51 | $365.91 | $0.00 |
| 55 | ONEMAIN FINANCIAL GROUP, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 56 | QUANTUM3 GROUP, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 57 | SANTANDER CONSUMER USA, INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 58 | STATE OF DELAWARE | 28 | $2,471.06 | $2,471.06 | $0.00 | $1,103.82 |
| 59 | U.S. DEPARTMENT OF EDUCATION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 60 | UPSTART NETWORK, INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 61 | NAVY FEDERAL CREDIT UNION | 33 | $641.95 | $32.50 | $609.45 | $0.00 |
| 62 | QUANTUM3 GROUP, LLC | 33 | $911.33 | $46.14 | $865.19 | $0.00 |
| 63 | LVNV FUNDING, LLC | 33 | $836.77 | $42.37 | $794.40 | $0.00 |
| 64 | AFFIRM, INC. | 33 | $342.35 | $17.33 | $325.02 | $0.00 |
| 65 | AFFIRM, INC. | 33 | $169.96 | $0.00 | $169.96 | $0.00 |
| 66 | AFFIRM, INC. | 33 | $304.64 | $15.43 | $289.21 | $0.00 |
| 67 | AFFIRM, INC. | 33 | $240.58 | $0.00 | $240.58 | $0.00 |
| 68 | AFFIRM, INC. | 33 | $114.03 | $0.00 | $114.03 | $0.00 |
| 69 | STATE OF DELAWARE | 33 | $374.78 | $18.97 | $355.81 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

Printed on: 12/31/2025  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 3 of 3

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 23-18897 (ABA)

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 70 | STATE OF NEW JERSEY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 71 | SANTANDER CONSUMER USA, INC. | 24 | $4,138.88 | $4,138.88 | $0.00 | $0.00 |
| 72 | SANTANDER CONSUMER USA, INC. | 13 | $449.00 | $449.00 | $0.00 | $0.00 |
| 73 | M & T BANK | 13 | $549.00 | $549.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 11/01/2023 | 13.00 | $0.00 |
| 12/01/2024 | Paid to Date | $33,768.14 |
| 01/01/2025 | 4.00 | $3,575.00 |
| 05/01/2025 | 42.00 | $3,618.00 |
| 11/01/2028 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $44,205.85 |
| Total paid to creditors this period: | $28,267.93 |
| Undistributed Funds on Hand: | $3,269.54 |
| Arrearages: | ($961.85) |
| Attorney: | LAW OFFICES OF LEE M. PERLMAN |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**