Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                    Case No.: 23−18897−ABA
                    Chapter: 13
                    Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Maurice James Mathies
aka Maurice J. Mathies, aka Maurice Mathies
10 Sweetbriar Dr
Sicklerville, NJ 08081−4007

Kimberly Renee Mathies
aka Kimberly R. Mathies
10 Sweetbriar Dr
Sicklerville, NJ 08081−4007

Social Security No.:
  xxx−xx−0622                        xxx−xx−2511

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr. on:

Date:     3/12/26
Time:    02:00 PM
Location:   Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
Lee Martin Perlman, Debtor's Attorney, period: 6/27/2025 to 1/21/2026

COMMISSION OR FEES
Fee:$1,025.00

EXPENSES
$329.68

If this is a chapter 13 case, the fees and expenses awarded:

    ☑    will not reduce the amount to be paid to general unsecured creditors under the plan.

    ☐    will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: February 5, 2026
JAN: cm

                                                   Jeanne Naughton
                                                   Clerk