Form 137 − aplccmpn

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 23−18897−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Maurice James Mathies | Kimberly Renee Mathies |
| aka Maurice J. Mathies, aka Maurice Mathies | aka Kimberly R. Mathies |
| 10 Sweetbriar Dr | 10 Sweetbriar Dr |
| Sicklerville, NJ 08081−4007 | Sicklerville, NJ 08081−4007 |

Social Security No.:
  xxx−xx−0622                                    xxx−xx−2511

Employer's Tax I.D. No.:

---

**NOTICE OF HEARING ON APPLICATION FOR COMPENSATION**

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr. on:

Date:      3/12/26
Time:      02:00 PM
Location:  Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Lee Martin Perlman, Debtor's Attorney, period: 6/27/2025 to 1/21/2026

COMMISSION OR FEES
Fee:$1,025.00

EXPENSES
$329.68

If this is a chapter 13 case, the fees and expenses awarded:

- ☑ will not reduce the amount to be paid to general unsecured creditors under the plan.

- ☐ will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: February 5, 2026
JAN: cm

                                                 Jeanne Naughton
                                                 Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-18897-ABA |
| Maurice James Mathies | Chapter 13 |
| Kimberly Renee Mathies | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 5 |
| Date Rcvd: Feb 05, 2026 | Form ID: 137 | Total Noticed: 71 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Maurice James Mathies, Kimberly Renee Mathies, 10 Sweetbriar Dr, Sicklerville, NJ 08081-4007 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 05 2026 20:48:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 05 2026 20:48:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 05 2026 20:59:43 | Bridgecrest Credit Company, LLC as Servicer for Ca, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 05 2026 20:59:43 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 05 2026 20:48:00 | Santander Consumer USA Inc. dba Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 520101502 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 05 2026 20:59:46 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520054373 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 05 2026 20:59:43 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520114608 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 05 2026 20:59:56 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520050316 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 05 2026 20:47:00 | Ally Financial, Inc, Attn: Bankruptcy 500 Woodard Ave, Detroit, MI 48226-3416 |
| 520050317 | | Email/PDF: bncnotices@becket-lee.com | Feb 05 2026 20:59:44 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 520050318 | | Email/Text: rm-bknotices@bridgecrest.com | Feb 05 2026 20:48:00 | Bridgecrest Acceptance Corp, 7300 East Hampton Avenue Suite 100, Mesa, AZ 85209-3324 |
| 520054372 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 05 2026 20:59:56 | Bridgecrest Acceptance Corporation, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 520050324 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Feb 05 2026 20:47:00 | Credit Corp Solutions, Attn: Bankruptcy, 63 East 11400 South #408, Sandy, UT 84070 |
| 520050319 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 05 2026 20:59:28 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520050320 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Feb 05 2026 20:59:45 | Capital One Auto Finance, Attn: Bankruptcy 7933 Preston Rd, Plano, TX 75024-2302 |
| 520056166 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 05 2026 20:59:29 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520077289 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 05 2026 20:59:43 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 520088860 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 05 2026 20:59:45 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520072289 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 05 2026 20:59:56 | Carvana, LLC / Bridgecrest c/o AIS Portfolio Servi, PO Box 4138, Houston, TX 77210-4138 |
| 520050321 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 05 2026 20:59:27 | Chase Card Services, Attn: Bankruptcy P.O. 15298, Wilmington, DE 19850-5298 |
| 520050322 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 05 2026 21:00:01 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 520050323 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Feb 05 2026 20:48:00 | Credit Collection Services, Attn: Bankruptcy 725 Canton St, Norwood, MA 02062-2679 |
| 520050325 | | Email/PDF: creditonebknotifications@resurgent.com | Feb 05 2026 20:59:30 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 520050337 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 05 2026 21:00:01 | Macys/fdsb, Attn: Bankruptcy 9111 Duke Boulevard, Mason, OH 45040 |
| 520050326 | + | Email/Text: REV_Bankruptcy_General@state.de.us | Feb 05 2026 20:48:00 | Delaware Division of Revenue, PO Box 830, Wilmington, DE 19899-0830 |
| 520057305 | | Email/Text: mrdiscen@discover.com | Feb 05 2026 20:47:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 520050327 | + | Email/Text: mrdiscen@discover.com | Feb 05 2026 20:47:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 520050328 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Feb 05 2026 20:59:31 | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 520050329 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 05 2026 20:47:00 | Flagstar Bank, Attn: Bankruptcy 5151 Corporate Drive, Troy, MI 48098-2639 |
| 520105393 | | Email/Text: nsm_bk_notices@mrcooper.com | Feb 05 2026 20:47:00 | Flagstar Bank, N.A., 5151 Corporate Drive, Troy, MI 48098-2639 |
| 520050330 | | Email/Text: Atlanticus@ebn.phinsolutions.com | Feb 05 2026 20:47:00 | Fortiva, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 520050331 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Feb 05 2026 20:48:00 | Genesis FS Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 520050332 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Feb 05 2026 20:47:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, PO Box 70379, Philadelphia, PA 19176-0379 |
| 520050333 | + | Email/Text: HWIBankruptcy@hunterwarfield.com | Feb 05 2026 20:48:00 | Hunter Warfield, Attention: Bankruptcy 4620 Woodland Corp, Tampa, FL 33614-2415 |
| 520050334 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 05 2026 20:47:00 | Internal Revenue Service, Centralized Insolvency Operations, Po Box 7346, Philadelphia, PA 19101-7346 |
| 520075659 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Feb 05 2026 20:47:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

Case 23-18897-ABA    Doc 74    Filed 02/07/26    Entered 02/08/26 00:15:08    Desc Imaged
Certificate of Notice    Page 5 of 7

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 5 |
| Date Rcvd: Feb 05, 2026 | Form ID: 137 | Total Noticed: 71 |

| | | | | |
|---|---|---|---|---|
| 520050335 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 05 2026 20:59:28 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 520092909 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 05 2026 20:59:47 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520050336 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 05 2026 20:59:32 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 520642876 | ^ | MEBN | Feb 05 2026 20:47:35 | M&T Bank as servicer for LAKEVIEW LOAN SERVICING, c/o Frenkel Lambert, 53 Gibson St, Bay Shore, NY 11706, M&T Bank as servicer for LAKEVIEW LOAN S, c/o Frenkel Lambert 11706-8369 |
| 520642875 | ^ | MEBN | Feb 05 2026 20:47:35 | M&T Bank as servicer for LAKEVIEW LOAN SERVICING, c/o Frenkel Lambert, 53 Gibson St, Bay Shore, NY 11706-8369 |
| 520092927 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 05 2026 20:59:28 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520050339 | | Email/Text: ml-ebn@missionlane.com | Feb 05 2026 20:47:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 520050338 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 05 2026 20:59:42 | Merrick Bank/CCHoldings, Attn: Bankruptcy, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 520050344 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Feb 05 2026 20:47:00 | New Jersey E-ZPass, Violations Processing Center, PO Box 4971, Trenton, NJ 08650 |
| 520050340 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Feb 05 2026 20:48:00 | Navy FCU, Attn: Bankruptcy, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 520050341 | | Email/Text: ext_ebn_inbox@navyfederal.org | Feb 05 2026 20:48:00 | Navy Federal Credit Union, Attn: Bankruptcy, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 520090857 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Feb 05 2026 20:48:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 520050342 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Feb 05 2026 20:48:00 | Nelnet, Attn: Claims, PO Box 82505, Lincoln, NE 68501-2505 |
| 520050343 | + | Email/Text: netcreditbnc@enova.com | Feb 05 2026 20:48:38 | NetCredit, Attn: Bankruptcy Attn: Bankruptcy, 175 W. Jackson Blvd , Ste 1000, Chicago, IL 60604-2863 |
| 520054089 | + | Email/PDF: cbp@omf.com | Feb 05 2026 20:59:35 | OneMain Financial Group, LLC, PO Box 981037, Boston, MA 02298-1037 |
| 520114493 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 05 2026 20:59:44 | Portfolio Recovery Associates, LLC, c/o The Bank Of Missouri, POB 41067, Norfolk VA 23541 |
| 520110873 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 05 2026 20:48:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 520062435 | | Email/Text: bnc-quantum@quantum3group.com | Feb 05 2026 20:48:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 520092777 | | Email/Text: bnc-quantum@quantum3group.com | Feb 05 2026 20:48:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 520337287 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 05 2026 20:59:32 | Resurgent Receivables, LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520337288 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 05 2026 20:59:45 | Resurgent Receivables, LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587, Resurgent Receivables, LLC, c/o Resurgent Capital Services 29603-0587 |
| 520126572 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | | |

Case 23-18897-ABA    Doc 74    Filed 02/07/26    Entered 02/08/26 00:15:08    Desc Imaged
                              Certificate of Notice    Page 6 of 7

| District/off: 0312-1 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Feb 05, 2026 | Form ID: 137 | Total Noticed: 71 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Feb 05 2026 20:47:00 | State of New Jersey, Division of Taxation-Bankruptcy Unit, PO Box 245, Trenton, NJ 08695 |
| 520050346 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Feb 05 2026 20:47:00 | State of New Jersey, Po Box 283, Trenton, NJ 08602-0283 |
| 520070817 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 05 2026 20:48:00 | Santander Consumer USA, Inc., d/b/a Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 520050345 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 05 2026 20:48:00 | Santander Consumer Usa, Po Box 961211, Fort Worth, TX 76161-0211 |
| 520076310 | + | Email/Text: REV_Bankruptcy_General@state.de.us | Feb 05 2026 20:48:00 | State of Delaware Division of Revenue, Kathleen Cruz-Morefield, PO Box 8763, MS #28, Wilmington, DE 19899-8763 |
| 520050347 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 05 2026 20:59:41 | Syncb/Old Navy, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520050348 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 05 2026 20:59:27 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520050349 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 05 2026 20:59:53 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520076805 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Feb 05 2026 20:48:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1911 |
| 520050350 | | Email/Text: bankruptcies@uplift.com | Feb 05 2026 20:47:00 | Uplift, Inc., Attn: Bankruptcy 440 N Wolfe Rd, Sunnyvale, CA 94085 |
| 520050351 | + | Email/Text: UpStart@ebn.phinsolutions.com | Feb 05 2026 20:48:00 | Upstart, Upstart Operations/ Attn:Bankruptcy, PO Box 1503, San Carlos, CA 94070-7503 |
| 520052662 | + | Email/Text: peritus@ebn.phinsolutions.com | Feb 05 2026 20:48:00 | Upstart Network, Inc, c/o Peritus Portfolio Services II,LLC, P.O. Box 1149, GRAPEVINE TX 76099-1149 |
| 520050352 | + | Email/PDF: cbp@omf.com | Feb 05 2026 20:59:53 | WebBank/OneMain, Attn: Bankruptcy Attn: Bankruptcy, 215 South State Street , Suite 1000, Salt Lake City, UT 84111-2336 |

TOTAL: 70

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520090859 | *+ | Navy Federal Credit Union, P.O.BOX 3000, MERRIFIELD, VA 22119-3000 |
| aty | ##+ | Douglas McDonough, Frenkel Lambert Weiss Weisman & Gordon, 80 Main Street, Suite 460, West Orange, NJ 07052-5414 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 07, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor LakeView Loan Servicing LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Douglas J. McDonough | on behalf of Creditor LakeView Loan Servicing LLC dmcdonough@flwlaw.com, NJbkyecf@flwlaw.com |
| Lee Martin Perlman | on behalf of Debtor Maurice James Mathies ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| Lee Martin Perlman | on behalf of Joint Debtor Kimberly Renee Mathies ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| Regina Cohen | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. rcohen@lavin-law.com |
| Regina Cohen | on behalf of Creditor Bridgecrest Credit Company LLC as Servicer for Carvana, LLC rcohen@lavin-law.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 10